IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION           MDL 2327

---

THIS DOCUMENT RELATES TO:

LINDA GORDON, et al.

                                   Plaintiffs,

v.                                                  Civil Action No. 2:15-cv-05600

JOHNSON & JOHNSON, and
ETHICON, INC.,

                                   Defendants.

## MEMORANDUM OPINION AND ORDER

On August 6, 2018, a Suggestion of Death was filed by defendants' counsel suggesting the death of Jeff Gordon during the pendency of this civil action. [ECF No. 17].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, the claims of Jeff Gordon are **DISMISSED without prejudice** and Jeff Gordon is stricken from this case. Plaintiff Linda Gordon's claims continue, and this case remains pending on the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: May 29, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE